## OCTOBER TERM, 1767.

### RINGGOLD vs. BROWN.

ON motion to amend a common recovery suffered in this court in September term 1760, wherein *William Ringgold* was demandant, against *John Brown* defendant. ORDERED by the court, that the writ of entry and the recovery aforesaid, and the writ of seisin, and the records thereof, be amended in the following manner: Instead of the description of the lands and premises in the aforesaid writ of entry, and the recovery aforesaid, and the writ of seisin, and the records thereof, insert all that part of a tract of plantable land called *Silley* otherwise *Sillen*, which is contained within, and described by the boundaries following: Bounded on, &c. &c. *(a)*

———※———

## OCTOBER TERM, 1767.

*(a)* Amendment of a common recovery by inserting a new Ville the term after it was suffered—2 *Blk. Rep.* 747, 1065. 3 *Wils.* 154.